UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY LOU REED, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-111 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation, entered on April 30, 2019. (D.E. 14). This Memorandum and Recommendation recommends that the Court affirm the final decision of Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, denying Plaintiff Mary Lou Reed's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 423(d)(1)(A). (D.E. 14).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No timely objection has been filed. 29 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). Where no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having carefully reviewed the proposed findings and conclusions of the Magistrate

Judge, the filings of the parties, the record, and the applicable law, the Court ADOPTS the Memorandum and Recommendation (D.E. 14) in its entirety. Accordingly, the final decision of the Commissioner is AFFIRMED and the above-entitled action is DISMISSED.

SIGNED and ORDERED this 24th day of June, 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE